PROB 12B
(03/2026)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Nasir White

Cr.: 21-00868-001
PACTS #: 6442241

Name of Sentencing Judicial Officer: THE HONORABLE ROBERT B. KUGLER
SENIOR UNITED STATES DISTRICT JUDGE (RETIRED)

Date of Original Sentence: 11/21/2022

Original Offense: Conspiracy To Distribute Methamphetamine, in violation of 21 U.S.C. § 846, a Class A felony

Original Sentence: 120 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment- $100, Drug Testing and Treatment, Mental Health Treatment, Motor Vehicle Compliance

Type of Supervision: Supervised Release    Date Supervision Commences: 10/16/2026

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (6 months WITH weekend privileges)**

You must reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility, or until a suitable address has been secured and approved by the probation office. You will be eligible for weekend privileges. You must pay subsistence as required by the program.

### CAUSE

Nasir White is scheduled to be released from the Bureau of Prisons on October 16, 2026. Mr. White does not have a suitable release address in the community and will be homeless. He is currently pending placement at the Kintock Residential Reentry Center (RRC). He has agreed to remain at the RRC while he continues to reintegrate into the community. He has signed the attached Probation Form 49, Waiver of Hearing to Modify the Conditions of Supervised Release agreeing to have the conditions of his supervised release modified to include the special condition listed above.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: ROUSHEA JAMES
U.S. Probation Officer

/ rsj

APPROVED:

9/21/2026

STEVE ALFREY Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

Signature of Judicial Officer

September 22 2026

Date

PROB 49
(03/2026)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (6 months WITH weekend privileges)**

You must reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility, or until a suitable address has been secured and approved by the probation office. You will be eligible for weekend privileges. You must pay subsistence as required by the program.

Witness: E. Becker [signature]

Signed: x [signature]
Probationer or Supervised Releasee
Nasir White

09·16·2026
Date